UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO.  08-mj-0023 CMK

       vs.                                                          ORDER TO PAY

     ANDREW H. HALL

The Defendant, having been found guilty of Count I, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

| | |
|---|---|
| Count I | Dismissed |
| Count II | Dismissed |
| Count III | Dismissed |
| Count IV | Dismissed |
| Count V | Dismissed |
| Count VI | Dismissed |
| Count VII | Fine:  $175    Assessment:   $25.00 |
| Count VIII | Dismissed |

(X)   FINE AND ASSESSMENT TOTAL OF $200.00 due and payable on or before January 1, 2009.  Said payment to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED:  November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE